### SAVAGE V. STATE.
(Decided Feb. 13, 1913.)

APPEAL from Wilcox Circuit Court.

Heard before Hon. B. M. MILLER.

JONES & MABRY, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

---

### SHARP V. STATE.
(Decided Feb. 6, 1913.)

APPEAL from Madison Law and Equity Court.

Heard before Hon. JAMES H. BALLENTINE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

---

### WATSON V. STATE.
(Decided Feb. 6, 1913.)

APPEAL from Andalusia City Court.

Heard before Hon. A. L. RANKIN.

A. WHALEY, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Affirmed.

---

### WILLIAMS V. STATE.
(Decided Feb. 6, 1913.)

APPEAL from Pike Law Court.

Heard before Hon. T. L. BORUM.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—Affirmed.